| | |
|---|---|
| Defendant: | **Michael William Giebe Sr.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/27/2023 | $600,000.00 | 2/27/2023 | Gross Settlement Amount | 2/4/2023 | $600,000.00 |
| **Totals:** | **1 transfer(s),** | **$600,000.00** | | | | | |